# Notice Recipients

District/Off: 0209−1  User: admin  Date Created: 12/16/2019
Case: 1−19−11441−CLB  Form ID: pdforder  Total: 4

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Albert J. Mogavero | buffaloch13@choiceonemail.com |
| aty | David P Case | cased@feinsuchcrane.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Shane Christopher Buczek | 435 Creekside Drive | Suite 200 | Amherst, NY 14228 |
| smg | Office of the U.S. Trustee | 300 Pearl Street, Suite 401 | Olympic Towers | Buffalo, NY 14202 |

TOTAL: 2