UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In Re: | Case No.: 1−19−11441−CLB |
|---|---|
| Shane Christopher Buczek | Chapter: 13 |
| | SSN: xxx−xx−5635 |
| Debtor(s) | |

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **December 16, 2019**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #151: Order Regarding Motion For Relief From Stay re: 7335 Derby Rd, Derby, NY (RE: related doc(s) 146 Motion for Relief From Stay, Motion to Dismiss Case (Other)). Signed on 12/16/2019. NOTICE OF ENTRY. (Nieves, J.)

| Date: December 16, 2019 | Lisa Bertino Beaser |
| | Clerk of Court |

Form ntcentry/Doc 151
www.nywb.uscourts.gov