# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0209−1 | User: admin | | Date Created: 1/13/2020 |
| Case: 1−19−11441−CLB | Form ID: pdforder | | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr     Julie Philippi     ecf@buffalo13.com
aty     David P Case     cased@feinsuchcrane.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Shane Christopher Buczek     435 Creekside Drive     Suite 200     Amherst, NY 14228
smg     Office of the U.S. Trustee     300 Pearl Street, Suite 401     Olympic Towers     Buffalo, NY 14202

    TOTAL: 2