UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>　　Shane Christopher Buczek<br><br>　　　　　　Debtor(s) | Case No.: 1−19−11441−CLB<br>Chapter: 13<br><br>SSN: xxx−xx−5635 |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **January 13, 2020**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #189:  Corrective Order Granting In Rem Relief from the Automatic Stay re: 7335 Derby Rd, Derby, NY. (RE: related doc(s) 146 Motion for Relief From Stay, Motion to Dismiss Case (Other)). Signed on 1/13/2020. NOTICE OF ENTRY. (Nieves, J.)

Date: January 13, 2020                                              Lisa Bertino Beaser
                                                                                      Clerk of Court

Form ntcentry/Doc 189
www.nywb.uscourts.gov