# Notice Recipients

District/Off: 0209−1　　　User: admin　　　Date Created: 1/13/2020
Case: 1−19−11441−CLB　　　Form ID: noe362　　　Total: 4

**Recipients of Notice of Electronic Filing:**
tr　　Julie Philippi　　ecf@buffalo13.com
aty　　David P Case　　cased@feinsuchcrane.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Shane Christopher Buczek　　435 Creekside Drive　　Suite 200　　Amherst, NY 14228
smg　　Office of the U.S. Trustee　　300 Pearl Street, Suite 401　　Olympic Towers　　Buffalo, NY 14202

TOTAL: 2