UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  
    Shane Christopher Buczek

        Debtor(s)

Case No.: 1-19-11441-CLB  
Chapter: 13

SSN: xxx-xx-5635

## ORDER

    Shane Christopher Buczek, who is appearing pro se in matters before this Court, has requested that the Bankruptcy Clerk issue a subpoena to "Dave P. Case" to appear for purposes of testifying at a hearing or trial at 10:00 AM on February 24, 2020. A copy of the proposed subpoena is attached hereto as Exhibit "A". This designated time has been reserved for a general motion calendar, during which the Court will hear argument only on all duly scheduled motions. No trial or evidentiary hearing is scheduled for that time. Inasmuch as the court does not foresee the consideration of testimony during the motion calendar on the above mentioned date, no basis exists for the issuance of a subpoena for a prospective witness to appear. Accordingly, the Bankruptcy Clerk is directed not to issue the subpoena as requested.

    So ordered.

Dated: FEB - 7 2020

**HONORABLE CARL L. BUCKI**  
Chief Judge, United States Bankruptcy Court

Form ORDERGEN  
www.nywb.uscourts.gov



FILED  
FEB - 7 2020  
BANKRUPTCY COURT  
BUFFALO, NY

# EXHIBIT "A" – proposed subpoena

# UNITED STATES BANKRUPTCY COURT

__Western__ District of __New York__

In re __Shane Christopher Buczek__
Debtor

Case No. __1-19-11441-CLB__

Chapter __13__

(Complete if issued in an adversary proceeding)

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Dave P. Case__

(Name of person to whom the subpoena is directed)

☒ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE __United States Bankruptcy Court 2 Niagara Square 5th Floor Buffalo New York 14202__ | COURTROOM |
| | DATE AND TIME __2/24/2020 10:00 AM__ |

You must also bring with you the following documents, electronically stored information, or objects (leave blank if not applicable): __Original promissory note to prove standing AND Loan Papers original Mortgage - unaltered, blue-wet-ink- signature original__

_____

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____  _____
Signature of Clerk or Deputy Clerk    Attorney's signature

_____

The name, address, email address, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:

_____

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).