# Notice Recipients

District/Off: 0209−1  User: admin  Date Created: 2/7/2020
Case: 1−19−11441−CLB  Form ID: pdfterm  Total: 2

**Recipients of Notice of Electronic Filing:**
aty  David P Case  cased@feinsuchcrane.com
                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Shane Christopher Buczek  435 Creekside Drive  Suite 200  Amherst, NY 14228
                                                                                                TOTAL: 1