**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:                                          Case No.: 1−19−11441−CLB
                                                Chapter: 13
    Shane Christopher Buczek
                                                SSN:   xxx−xx−5635

             Debtor(s)

### NOTICE OF ENTRY

    **PLEASE TAKE NOTICE** of the entry of an Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **February 7, 2020**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #219:    Order Signed on 2/7/2020 NOTICE OF ENTRY. (Nieves, J.)

Date: February 7, 2020                          Lisa Bertino Beaser
                                                Clerk of Court

Form ntentryT/Doc 219
www.nywb.uscourts.gov