# Notice Recipients

District/Off: 0209−1　　　　　　　User: admin　　　　　　　Date Created: 2/7/2020
Case: 1−19−11441−CLB　　　　　Form ID: ntentryT　　　　　Total: 2

**Recipients of Notice of Electronic Filing:**
aty　　　David P Case　　　cased@feinsuchcrane.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Shane Christopher Buczek　　　435 Creekside Drive　　　Suite 200　　　Amherst, NY 14228
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1