UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re

    Shane Christopher Buczek                        Case No. 19-11441-CLB

                              Debtor
-----------------------------------------------------------------

## ORDER

Upon the motion of KeyBank National Association ("Movant") to this Court by Notice of Cross-Motion dated January 30, 2020, seeking an Order sanctioning the debtor pursuant to Fed. R. Bankr. Pro 9011(c) and enjoining debtor from future filing of papers in this Court seeking relief against or based upon a mortgage currently held by movant (hereinafter the "motion"); and opposition to the motion having been filed by the debtor; and the matter having come before this Court on February 24, 2020; and Michael A. Weishaar, of Counsel, appearing on behalf of the movant and Shane Christopher Buczek, the debtor appearing in opposition; and the Court having read the submissions and having heard the arguments and after due deliberation, it is hereby

ORDERED that the request for the imposition of sanctions is denied; and it is further

ORDERED that the time requirement for future motions seeking sanctions against the debtor under Bankruptcy Rule 9011(c)(1)(A) is hereby reduced from twenty-one (21) days to seven (7) days.

                SO ORDERED.

Dated:        March 5, 2020
                Buffalo, New York

FILED MAR -5 2020 BANKRUPTCY COURT BUFFALO, NY

/s/ Carl L. Bucki
HON. CARL L. BUCKI
U.S. Bankruptcy Court Judge (WDNY)