UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  
    Shane Christopher Buczek  
                  Debtor(s)

Case No.: 1−19−11441−CLB  
Chapter: 13

SSN: xxx−xx−5635

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **March 5, 2020**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #236:   Order Denying Motion For Sanctions (RE: related doc(s) 220 Motion for Sanctions). Signed on 3/5/2020. NOTICE OF ENTRY. (Nieves, J.) CLERKS NOTE: ORDER ALSO REDUCES TIME FOR FUTURE MOTIONS SEEKING SANCTIONS AGAINST THE DEBTOR TO SEVEN (7) DAYS.

Date: March 5, 2020                                                          Lisa Bertino Beaser  
                                                                                  Clerk of Court

Form ntcentry/Doc 236  
www.nywb.uscourts.gov