UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  Case No.: 1−19−11441−CLB
Chapter: 13

Shane Christopher Buczek

SSN: xxx−xx−5635

Debtor(s)

# NOTICE OF FILING OF TRANSCRIPT AND OF
# DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding regarding a Motion held on February 24, 2020 was filed on March 9, 2020. The following deadlines apply:

The parties have until **March 16, 2020** to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is **March 30, 2020.**

If a request for redaction is filed, the redacted transcript is due **April 9, 2020.**

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **June 8, 2020.**

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Date: March 9, 2020　　　　　　　　　　　　　　　Lisa Bertino Beaser
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form trscript/Doc 243
www.nywb.uscourts.gov