# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 3/9/2020 |
| Case: 1−19−11441−CLB | Form ID: trscript | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Shane Christopher Buczek | 435 Creekside Drive | Suite 200 | Amherst, NY 14228 | |
| | Michael Weishaar | Gleichenhaus Marchese & Weishaar | 930 Convention Tower | 43 Court Street | Buffalo, NY 14202 |
| | Michael Weishaar, Esq. | Fein Such & Crane, LLP | 28 East Main Street, Suite 1800 | Rochester, NY 14614 | |

TOTAL: 3