UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| IN RE: | Chapter: 13 |
|---|---|
| Shane Christopher Buczek | Case No. 1-19-11441-CLB |
| Debtor. | AFFIDAVIT OF SERVICE BY MAIL |

STATE OF NEW YORK)
COUNTY OF MONROE)

I, Angelina Micciche, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside at Rochester, New York. On July 7, 2020, I did serve a copy of the within Motion by electronic filing and/ or by regular mail the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known addresses as indicated below.

**Shane Christopher Buczek**
435 Creekside Drive
Suite 200
Amherst, NY 14228

**Julie Philippi**
Chapter 13 Trustee
The Dunn Building
110 Pearl Street, 6th Floor
Buffalo, NY 14202-4111

Page 1 of 2

Office of the United States Trustee
Joseph W. Allen, Esq.
Olympic Towers
300 Pearl Street
Suite 401
Buffalo, NY 14202

By: *[signature]*

FEIN, SUCH & CRANE, LLP
Attorneys for Secured Creditor

Angelina Micciche
Foreclosure Operations Manager
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614
585/232-7400

Sworn to before me this 7th
July, 2020

*[signature]*
Notary Public, State of New York
Qualified in Monroe County

LESLIE A. WIGHT
Notary Public, State of New York
Qualified in Monroe County
No. 01WI6106604
Commission Expires March 8, 20 24

Page 2 of 2