UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

IN RE:   Case No.: 1-19-11441-CLB

Shane Christopher Buczek   Chapter 13

   Debtor.

--------------------------------------------------------

*[handwritten annotations: "JM", "(cz)", "for THE Reasons stated on The Record"]*

**ORDER AWARDING SANCTIONS AGAINST SHANE CHRISTOPHER BUCZEK**

Upon the motion (the "Motion") of Shane Christopher Buczek (at Dkt. 279), and the cross motion of Key Bank National Association (the "Cross Motion") (at Dkt. 283), Mr. Buczek's Response to the Cross motion (Dkt. No. 300), and after oral argument on July 27, 2020, it is hereby:

ORDERED, ADJUDGED, AND DECREED that, as stated on the record on July 27, 2020, and reflected in Dkt. 301, Shane Christopher Buczek is hereby sanctioned for frivolous conduct and shall pay SEVEN HUNDRED FIFTEEN DOLLARS AND 00/100 ($715.00) in valid, legal, and recognizable United States' currency to KeyBank, National Association, and remit same through their attorneys Fein, Such & Crane, L.L.P., 28 East Main Street, Suite 1800, Rochester, New York 14614 within thirty (30) days of Notice of Entry of this order;

AND IT IS FURTHER ORDERED, that if Shane Christopher Buczek does not pay the aforementioned sanction within thirty (30) days of entry of this Order, KeyBank, National Association, and/or their agents, attorneys, or assigns, may docket this Order with the Erie County Clerk as a money judgment against Shane Christopher Buczek.

Dated: **AUG 2 6 2020**
Buffalo, New York

_____
Honorable Carl L. Bucki
United States Bankruptcy Court, W.D.N.Y



FILED
AUG 2 6 2020
BANKRUPTCY COURT
BUFFALO, NY