# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 8/28/2020 |
| Case: 1−19−11441−CLB | Form ID: pdforder | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Julie Philippi      ecf@buffalo13.com
aty      David P Case      cased@feinsuchcrane.com

                                                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Shane Christopher Buczek      435 Creekside Drive      Suite 200      Amherst, NY 14228
smg      Office of the U.S. Trustee      300 Pearl Street, Suite 401      Olympic Towers      Buffalo, NY 14202

                                                                                                                                TOTAL: 2