**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In Re:  Case No.: 1−19−11441−CLB
                          Chapter: 13
    Shane Christopher Buczek

                              SSN:  xxx−xx−5635

                Debtor(s)

---

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **August 28, 2020**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #333:   Order Granting Cross Motion (RE: related doc(s) 283 Cross Motion). Signed on 8/26/2020. NOTICE OF ENTRY. (Nieves, J.)

Date: August 28, 2020                                    Lisa Bertino Beaser
                                                      Clerk of Court

Form ntcentry/Doc 333
www.nywb.uscourts.gov