UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:

Shane Christopher Buczek            CASE NO. 1-19-11441-CLB

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the application of Shane Christopher Buczek ("Movant") will move the Court Hon.Carl L. Bucki on a MOTION FOR REHEARING OR THE ALTERNATIVE A WRITTEN DECISION SUPPORT OF ANY LEGAL PRECEDANT FOR THE ORDER SIGN ON AUGUST 26,2020 FOR FRIVOLOUS CONDUCT: Rule 9033 the undersigned will move at a hearing to be at the United States Bankruptcy Court, Western District of New York, Robert H. Jackson U.S. Courthouse, **2 Niagara Square, 5th Floor Buffalo, New York set for 10:00 AM October 26, 2020.**

Dated: September 11,22020                                 :without the [pre]judice
                                                                               and the
                                                                          [pre[servation of all-rights

                                                     By: _____

                                                                      Shane Christopher Buczek



FILED
SEP 1 4 2020
BANKRUPTCY COURT
BUFFALO, NY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                              Case No. **1-19-11441- CLB**
                                                    Chapter 13
Shane Christopher Buczek
        Debtor(s)

## MOTION FOR REHEARING OR THE ALTERNATIVE A WRITTEN DECISION SUPPORT OF ANY LEGAL PRECEDANT FOR THE ORDER SIGN ON AUGUST 26,2020 FOR FRIVOLOUS CONDUCT: Rule 9033

Comes Now the Alleged Debtor, Shane Christopher Buczek, and respectfully files this Motion for rehearing or the alternative a written decision for clarity to the **ORDER AWARDING SANCTIONS AGAINST SHANE CHRISTOPHER BUCZEK. On why the sanctioned for frivolous conduct was granted is very unclear.**

1) That the **Note** and all other **security instruments** alleged to be binding against this property in this case by the alleged creditor KeyBank are **inauthentic**.

2) That the **Note** and all other **security instruments** alleged to be binding against property by alleged creditor KeyBank are **forged** and **altered.**

3) Transcripts have been ordered for the July 27,2020 hearing and are pending the Court made handwritten statement "for the reason stated on the Record". What are the reasons?

4) The ORDERED, ADJUDGED, AND DECREED that, as stated on the record on July 27, 2020, and reflected in Dkt. 301, Shane Christopher Buczek is hereby sanctioned for frivolous conduct and shall pay SEVEN HUNDRED FIFTEEN DOLLARS AND 00/100 ($715.00) in valid, legal, and recognizable United States' currency to KeyBank, National Association, and

1

remit same through their attorneys Fein, Such & Crane, L.L.P., 28 East Main Street, Suite 1800, Rochester, New York 14614 within thirty (30) days of Notice of Entry of this order; The Court does not have an invoice from attorneys Fein, Such & Crane, L.L.P, for what who and why this frivolous conduct for his property own private property rights makes absolutely no sense in law legal or lawful. See Exhibit (A)

5) Please see **Rule 8018.1 District-Court Review of a Judgment that the Bankruptcy Court Lacked the Constitutional Authority to Enter:** If on appeal, a district court determines that the bankruptcy court did not have the power under Article III of the Constitution to enter the judgment, order, or decree appealed from, the district court may treat it as a proposed findings of fact and conclusions of law. See To bankruptcy judge's findings and conclusions with request for de novo review [28 U.S.C.A. § 157(c)(1); Bankruptcy Rule 9033]

6) See H.R.2558 — 116th Congress (2019-2020) Treasury to define the dollar in terms of a fixed weight of **gold**, based on that day's closing market price of gold. See Exhibit (B)

WHEREFORE having **validly** demonstrated the issue at controversy in this case, the Alleged Debtor respectfully moves this court for any support of any legal precedent to grant Fein, Such & Crane, L.L.P Cross Motion is very unclear.

Respectfully submitted this 11th day of September 2020, I, the Shane Christopher Buczek do hereby affirm under penalty of perjury that the foregoing is truthful and correct to the best of my knowledge and belief.

:without the [pre]judice
and the
[pre[servation of all-rights

By: /s/ Shane Christopher Buczek

Shane Christopher Buczek