# Exhibit (A)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Shane Christopher Buczek

            Debtor(s)

Case No.: 1-19-11441-CLB
Chapter: 13

SSN: xxx-xx-5635

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **August 28, 2020**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #333:   Order Granting Cross Motion (RE: related doc(s) 283 Cross Motion). Signed on 8/26/2020. NOTICE OF ENTRY. (Nieves, J.)

Date: August 28, 2020                          Lisa Bertino Beaser
                                                       Clerk of Court

Form ntcentry/Doc 333
www.nywb.uscourts.gov

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE:  Case No.: 1-19-11441-CLB

Shane Christopher Buczek  Chapter 13

Debtor.

_(cx)_ for THE Reasons stated on The Record

## ORDER AWARDING SANCTIONS AGAINST SHANE CHRISTOPHER BUCZEK

Upon the motion (the "Motion") of Shane Christopher Buczek (at Dkt. 279), and the cross motion of Key Bank National Association (the "Cross Motion") (at Dkt. 283), Mr. Buczek's Response to the Cross motion (Dkt. No. 300), and after oral argument on July 27, 2020, it is hereby:

ORDERED, ADJUDGED, AND DECREED that, as stated on the record on July 27, 2020, and reflected in Dkt. 301, Shane Christopher Buczek is hereby sanctioned for frivolous conduct and shall pay SEVEN HUNDRED FIFTEEN DOLLARS AND 00/100 ($715.00) in valid, legal, and recognizable United States' currency to KeyBank, National Association, and remit same through their attorneys Fein, Such & Crane, L.L.P., 28 East Main Street, Suite 1800, Rochester, New York 14614 within thirty (30) days of Notice of Entry of this order;

AND IT IS FURTHER ORDERED, that if Shane Christopher Buczek does not pay the aforementioned sanction within thirty (30) days of entry of this Order, KeyBank, National Association, and/or their agents, attorneys, or assigns, may docket this Order with the Erie County Clerk as a money judgment against Shane Christopher Buczek.

Dated: AUG 2 6 2020
Buffalo, New York

Honorable Carl L. Bucki
United States Bankruptcy Court, W.D.N.Y



FILED AUG 2 6 2020 BANKRUPTCY COURT BUFFALO, NY