# Exhibit (B)

# CONGRESS.GOV

## H.R.2558 - To define the dollar as a fixed weight of gold.

116th Congress (2019-2020) | Get alerts

**Sponsor:** Rep. Mooney, Alexander X. [R-WV-2] (Introduced 05/07/2019)
**Committees:** House - Financial Services
**Latest Action:** House - 05/07/2019 Referred to the House Committee on Financial Services. (All Actions)
**Tracker:** **Introduced**      Passed House      Passed Senate      To President      Became Law

Summary(1)   Text(1)   Actions(2)   Titles(1)   Amendments(0)   Cosponsors(0)   Committees(1)   Related Bills(0)

There is one summary for H.R.2558. Bill summaries are authored by CRS.

**Shown Here:**
**Introduced in House (05/07/2019)**

This bill requires the Department of the Treasury to define the dollar in terms of a fixed weight of gold, based on that day's closing market price of gold. The Federal Reserve Banks shall make Federal Reserve notes exchangeable with gold at the statutory gold definition of the dollar.

Case 1-19-11441-CLB,   Doc 342-2,   Filed 09/14/20,   Entered 09/14/20 13:10:42,
Description:   Exhibit B, Page 2 of 2