UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                              Case No. **1-19-11441- CLB**
                                                    Chapter 13
Shane Christopher Buczek
         Debtor(s)

## CERTIFICATE OF SERVICE

I, Shane Christopher Buczek certify that on, September 11th ,2020, I served true correct copies of: MOTION FOR REHEARING OR THE ALTERNATIVE A WRITTEN DECISION SUPPORT OF ANY LEGAL PRECEDANT FOR THE ORDER SIGN ON AUGUST 26,2020 FOR FRIVOLOUS CONDUCT: Rule 9033 Served by US mail in a postage paid envelope placed in the care and custody of the United States Postal

Dave P. Case
c/o Fein, Such & Crane, LLP
28 East Main Street
Suite 1800
Rochester, NY 14614

Chapter 13 Trustee
Julie Philippi
110 Pearl St.
Ste 6th Floor
Buffalo, NY 14202
716-854-5636
ecf@buffalo13.com

Office of the United States Trustee
Joseph W. Allen, Esq
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, New York 14202

No Power of Attorney
Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard                         :without the [pre]judice
Rochester, NY 14624                                 and the
ROCbkcourt@logs.com                                 [pre[servation of all-rights
(Notice of disinterest Party)

Dated: September 11th ,2020

                                                    _Shane Christopher Buczek_

                                                    Shane Christopher Buczek