UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:

**Shane Christopher Buczek**

CASE NO. 1-19-11441- CLB

(Filed 07/19/2019)

### ORDER

The Court, having considered MOTION FOR REHEARING OF THE ALTERNATIVE A WRITTEN DECISION SUPPORT OF ANY LEGAL PRECEDANT FOR THE ORDER SIGN ON AUGUST 26,2020 FOR FRIVOLOUS CONDUCT: Rule 9033 filed by Shane Christopher Buczek, hereby grants the motion. Where the Debtor has demonstrated good cause in this matter.

GRANTED

So, ordered.

**Dated:** _____

**BY THE COURT**

_____

Honorable Judge Carl L. Bucki
United States Bankruptcy Court
For the Western District of New York