UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Shane Christopher Buczek<br><br>Debtor. | Chapter: 13<br><br>Case No. 1-19-11441-CLB<br><br>AFFIDAVIT OF SERVICE BY MAIL |

STATE OF NEW YORK)
COUNTY OF MONROE)

I, Kris Leo being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside at Rochester, New York.

On October 13, 2020, I did serve a copy of the within Motion by electronic filing and/ or by regular mail the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known addresses as indicated below.

**Shane Christopher Buczek**
435 Creekside Drive
Suite 200
Amherst, NY 14228

**Julie Philippi**
Chapter 13 Trustee
170 Franklin Street, Suite 600
Buffalo, NY 14202

Page 1 of 2

Case 1-19-11441-CLB, Doc 374-2, Filed 10/13/20, Entered 10/13/20 11:32:23, Description: Certificate of Service , Page 1 of 2

**Office of the United States Trustee**
Joseph W. Allen, Esq.
Olympic Towers
300 Pearl Street
Suite 401
Buffalo, NY 14202

By: *[signature]*

FEIN, SUCH & CRANE, LLP
Attorneys for Secured Creditor

Kris Leo,
Bankruptcy Specialist
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614
585/232-7400

Sworn to before me this 13th
October, 2020

*[signature]*
Notary Public, State of New York
Qualified in Monroe County

ERIKA ANNE GILEVSKI
Notary Public, State of New York
No. 01GI6289358
Commission Expires September 23, 2021

Page 2 of 2

Case 1-19-11441-CLB, Doc 374-2, Filed 10/13/20, Entered 10/13/20 11:32:23, Description: Certificate of Service, Page 2 of 2