UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE:                                                Case No.: 1-19-11441-CLB

Shane Christopher Buczek                              Chapter 13

      Debtor.

---

### SECOND ORDER AWARDING SANCTIONS AGAINST SHANE CHRISTOPHER BUCZEK WITH FILING INJUNCTION

Upon the motion (the "Motion") of Shane Christopher Buczek (at Dkt. 340/342), and the cross motion of Key Bank National Association (the "Cross Motion") (at Dkt. 374), Mr. Buczek's Response to the Cross motion (Dkt. No. 380), and after oral argument on October 26, 2020, it is hereby:

ORDERED that, for the reasons stated on the record on October 26, 2020, the motion of Shane Christopher Buczek is denied, and it is further;

ORDERED, ADJUDGED, AND DECREED that, for the reasons stated on the record on October 26, 2020, Shane Christopher Buczek is hereby sanctioned for vexatious and frivolous conduct and shall pay ONE THOUSAND AND 00/100 DOLLARS ($1,000.00) in valid, legal, and recognizable United States' currency to KeyBank, National Association, and remit same through their attorneys Fein, Such & Crane, L.L.P., 28 East Main Street, Suite 1800, Rochester, New York 14614 within thirty (30) days of Notice of Entry of this order;

AND IT IS FURTHER ORDERED, that if Shane Christopher Buczek does not pay the aforementioned sanction within thirty (30) days of entry of this Order, KeyBank, National Association, and/or their agents, attorneys, or assigns, may docket this Order with the Erie County Clerk as a money judgment against Shane Christopher Buczek;

AND IT IS FURTHER ORDERED, that until such time that Debtor Shane Christopher Buczek provides proof of payment of both the $1,000.00 sanction awarded in this order and the previous $715.00 sanction awarded against the debtor in favor of KeyBank, N.A., debtor is hereby enjoined and prohibited from filing any further applications or papers in this Court seeking any relief or redress from KeyBank, N.A.;

AND IT IF FURTHER ORDERED, that the Clerk of the Bankruptcy Court of Western New York shall reject and return any and all papers that seek relief or redress, submitted for filing

by Shane Christopher Buczek, against KeyBank, N.A., except for proof of payment of sanctions this Court issued against him in the total amount of $1,715.00 (ONE THOUSAND SEVEN HUNDRED FIFTEEN AND 00/100's DOLLARS) until further order of this Court.

Dated: October 30, 2020

Honorable Carl L. Bucki
United States Bankruptcy Court, W.D.N.Y



FILED
OCT 3 0 2020
BANKRUPTCY COURT
BUFFALO, NY