# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209-1 | User: admin | Date Created: 10/30/2020 |
| Case: 1-19-11441-CLB | Form ID: pdforder | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Julie Philippi | ecf@buffalo13.com |
| aty | David P Case | cased@feinsuchcrane.com |
| aty | Robert William Griswold | rgriswold@logs.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Shane Christopher Buczek | 435 Creekside Drive | Suite 200 | Amherst, NY 14228 |
| smg | Office of the U.S. Trustee | 300 Pearl Street, Suite 401 | Olympic Towers | Buffalo, NY 14202 |

TOTAL: 2